# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting  (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robinson, Julie A. | U.S. District Court, Kansas | 09/11/2001 |

| 4. Title  (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge Nominee | 5. Report Type (check type)  X  Nomination, Date  09/10/2001  ___ Initial  ___ Annual  ___ Final | 6. Reporting Period 01/01/2000 to 08/31/2001 |
|---|---|---|

| 7. Chambers or Office Address  225 U.S. Courthouse  444 S.E. Quincy  Topeka, Kansas 66683 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____  Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ___ NONE (No reportable positions.) | |
| 1  Member of Board of Trustees | United Methodist Youthville |
| 2 | |
| 3 | |

## II. AGREEMENTS  (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X  NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| X  NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | National Bar Association | Aug. 1, 2001- Dallas, Texas, Bankruptcy CLE Seminar (food and ground transportation) |
| 2 | National Conference of Bankruptcy Judges | Aug. 1, 2001 - Dallas, Texas, Bankruptcy CLE Seminar (airline transportation) |
| 3 | Kansas Bar Association | Mar. 2, 2001 - Wichita, Kansas, Kansas Bankruptcy Law Seminar (Hotel) |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | AT&T Universal | credit card | J |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | | |
|---|---|---|
| Name of Person Reporting | Robinson, Julie A. | Date of Report 09/11/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Place "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Lucent ESOP (breakdown as ** below, #s 11-19, 23, 24) X | A | Dividend | K | T | EXEMPT | | | | |
| 2 Privileged Assets - Amex | | None | J | T | " | | | | |
| 3 Twentieth Century Select Fund | | None | J | T | " | | | | |
| 4 Benham Cash Reserve Fund | | None | J | T | " | | | | |
| 5 American Century Select Fund | | None | J | T | " | | | | |
| 6 Lucent 401(K) | | None | M | T | " | | | | |
| 7 US savings bonds | | None | J | T | " | | | | |
| 8 US savings bond | | None | J | T | " | | | | |
| 9 Firstar (formerly Mercantile Bank) | A | Interest | J | T | " | | | | |
| 10 Bank of America | A | Interest | J | T | " | | | | |
| 11 ** SBC Communication, Inc. | A | Dividend | J | T | " | | | | |
| 12 ** AT&T Corporation | A | Interest | J | T | " | | | | |
| 13 ** Bell Atlantic Corporation | | None | J | T | " | | | | |
| 14 ** Bell Atlantic Corporation | | None | J | T | " | | | | |
| 15 ** US West, Inc. | | None | J | T | " | | | | |
| 16 ** BellSouth Corporation | | None | J | T | " | | | | |
| 17 ** Pacific Telesis | | None | J | T | " | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 ** Nynex | | None | J | T | " | | | | |
| 19 **Vodaphone Airtouch Ltd. | A | Cash | | | " | | | | |
| 20 **AT&T | A | Cash | J | T | " | | | | |
| 21 Bank of America Stock | A | Dividend | J | T | " | | | | |
| 22 New Century Credit Union | | None | J | T | " | | | | |
| 23 State Farm Life Insurance Co. | A | Interest | J | T | " | | | | |
| 24 Verizon, Inc. | | None | J | T | " | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

VII. INVESTMENTS and TRUSTS

1,11-20. Lucent ESOP is aggregately comprised of several corporations, including the ten (as broken down in numbers 11-20 on this report).

3,4,5. Twentieth Century, Benham, and American Century related mutual funds.

12. AT&T/Media One merger.

19. Vodafone- Merger- Received cash in lieu of fractional shares.

20. AT&T/Media One merger. Cash in lieu of fractional shares.

## IX. CERTIFICATION

   I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Julie A. Rob._____          Date _9/11/01_

Note:          Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

   Committee on Financial Disclosure
   Administrative Office of the United States Courts
   One Columbus Circle, N.E.
   Suite 2-301
   Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 9 | 350 | Notes payable to banks-secured | | | 0 |
| U.S. Government securities-add schedule | 13 | 500 | Notes payable to banks-unsecured | | 2 | 500 |
| Listed securities-add schedule | 9 | 940 | Notes payable to relatives | | | 0 |
| Unlisted securities--add schedule | | | Notes payable to others | | | 0 |
| Accounts and notes receivable: | | | Accounts and bills due | | 35 | 000 |
| Due from relatives and friends | | | Unpaid income tax | | | 0 |
| Due from others | | | Other unpaid income and interest | | | 0 |
| Doubtful | | | Real estate mortgages payable-add schedule | | 280 | 000 |
| Real estate owned-add schedule | 425 | 000 | Chattel mortgages and other liens payable | | | 0 |
| Real estate mortgages receivable | | | Other debts-itemize: | | | 0 |
| Autos and other personal property | 65 | 000 | | | | |
| Cash value-life insurance | 6 | 300 | | | | |
| Other assets itemize: | | | | | | |
| American Century mutual fund | 2 | 000 | | | | |
| Twentieth Century mutual fund | 1 | 000 | | | | |
| TSP | 245 | 000 | Total liabilities | | 317 | 500 |
| Lucent 401 (K) | 10 | 000 | Net Worth | | 474 | 590 |
| Total Assets | 792 | 090 | Total liabilities and net worth | | 792 | 090 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | Are any assets pledged? (Add schedule) | | | NO |
| On leases or contracts | | 0 | Are you defendant in any suits or legal actions? | | | NO |
| Legal Claims | | 0 | Have you ever taken bankruptcy? | | | NO |
| Provision for Federal Income Tax | | 0 | | | | |
| Other special debt | | 0 | | | | |